

SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
JENNIFER S. WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6967
Facsimile: (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant
Benjamin F. Parks

ORIGINAL
FILED
07 AUG 31 AM 9:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYL JOHNSON NEMES, Plaintiff, v. BENJAMIN F. PARKS, AND DOES 1 to 100, Defendants. | Case No. C 07 4514 **NOTICE OF REMOVAL** |

TO: Clerk, Superior Court of California
County of San Francisco
400 McAllister Street, Rm. 103
San Francisco, California 94102-3680

Cheryl Johnson Nemes
1000 Market Street, #312
San Francisco, California 94102

PLEASE TAKE NOTICE that on this day Case No. CGC-07-465693 pending in the San Francisco Superior Court is being removed to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §§ 1441(a), 1441(b), and 2679(d)(2), on behalf of federal defendant Benjamin F. Parks. Upon direction by the Attorney General of the United States and pursuant to 28

U.S.C. § 1446, the undersigned attorneys hereby present the following facts to the Judges of the United States District Court for the Northern District of California.

1. On August 1, 2007, plaintiff Cheryl Johnson Nemes filed a Complaint in the San Francisco Superior Court against Administrative Law Judge Benjamin F. Parks, and Does 1 to 100.

2. Plaintiff checked the following causes of section boxes: business tort/unfair business practice, civil rights, and professional negligence. Specifically, Plaintiff is suing Benjamin F. Parks for "Concealing government records to delay or impede justice re SSA/PASS contract." The administrative law judge denied plaintiff's Plan to Achieve Self Support because her application lacked sufficient supporting documentation as to the feasibility of her business plan. Plaintiff seeks monetary, declaratory or injunctive relief, and punitive damages.

3. On or about August 9, 2007 the Social Security Administration was served with a copy of the Summons and Complaint. Copies of the Summons and Complaint are attached as Exhibit A pursuant to 28 U.S.C. § 1446(a), which constitutes the only process, pleading, or order which has been received.

4. This action is one which may be removed to district court because at the time of the alleged incident, Benjamin F. Parks was acting within the scope of his employment as an Administrative Law Judge with the Social Security Administration Office of Disability Adjudication and Review, within the meaning of 28 U.S.C. § 2679(d)(2).

5. Upon certification by the Attorney General, the action shall be removed to the District Court at any time prior to trial. The United States Attorney is delegated under 28 C.F.R. § 15.3 to make the certification provided for in 28 U.S.C. § 2679(d)(2). The Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3. The Chief of the Civil Division has certified that Benjamin F. Parks was acting within the course and scope of his employment. See Certification Pursuant to 28 U.S.C. § 2679(d). This certification is conclusive for purposes of removal. 28 U.S.C. § 2679(d)(2).

//

//

6. Upon removal the United States is automatically substituted for Benjamin F. Parks, and this action will proceed as an action against the United States of America pursuant to 28 U.S.C. § 1346(b) subject to the limitations and exceptions applicable to those actions. 28 U.S.C. § 2679(d)(4).

7. A copy of this Notice is being filed with the Clerk of the San Francisco Superior Court, which will effect the removal of the action in its entirety to this Court for all further proceedings pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: August 31, 2007

By: ______________________
JENNIFER S. WANG
Assistant United States Attorney

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

NOTICE TO DEFENDANT: Benjamin F Parks ALJ
*(AVISO AL DEMANDADO):* OHA Does 1-100

YOU ARE BEING SUED BY PLAINTIFF: Cheryl Johnson Nemes
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.**

***Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.***

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT
400 MCALLISTER STREET RM 103
SAN FRANCISCO, CA 94102

CASE NUMBER: *(Número del Caso):* CGC-07-465693

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Cheryl Johnson Nemes
1000 Market St # 312
San Francisco, CA

DATE: *(Fecha)* Aug 7, 2007 — Clerk, by Gordon Park-Li *(Secretario)* — Deborah Steppe, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN FRANCISCO — EUREKA

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:
under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:



PLD-C-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Cheryl Johnson Nemes
1000 Market St #312
San Francisco, CA 94102
TELEPHONE NO.: 415 863 3342 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

ENDORSED FILED
San Francisco County Superior Court
AUG 0 1 2007
GORDON PARK-LI, Clerk
BY: DEBORAH STEPPE, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: Mc Callister
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA
BRANCH NAME:

PLAINTIFF: AL Q Benjamin F Parks
DEFENDANT: OHA

☑ DOES 1 TO 100

CASE MANAGEMENT CONFERENCE SET
JAN 2 5 2008 -9 AM
DEPARTMENT 212

**CONTRACT**

☑ COMPLAINT ☐ AMENDED COMPLAINT (Number):
☐ CROSS-COMPLAINT ☐ AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000 but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER: CGC-07-465693

1. Plaintiff (name or names): Cheryl Johnson Nemes

alleges causes of action against defendant (name or names): Benjamin F. Parks for concealing government records to delay or impede justice re: SSA / PASS Contract

2. This pleading, including attachments and exhibits, consists of the following number of pages: 1

3. a. Each plaintiff named above is a competent adult
☐ except plaintiff (name):
(1) ☐ a corporation qualified to do business in California
(2) ☐ an unincorporated entity (describe):
(3) ☐ other (specify):

b. ☐ Plaintiff (name): N/A
a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
b. ☐ has complied with all licensing requirements as a licensed (specify): N/A

c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person

☐ except defendant (name):
(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity (describe):
(4) ☐ a public entity (describe):
(5) ☐ other (specify):

☐ except defendant (name):
(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity (describe):
(4) ☐ a public entity (describe):
(5) ☐ other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.



Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

American LegalNet, Inc.
www.FormsWorkflow.com

AUG-09-2007 09:47 SSA ODAR 415 744 2548 P.010

PLD-C-001

| SHORT TITLE: Nemes vs OHA / DARKS Does 1-100 | CASE NUMBER: |
|---|---|

4. (Continued)

b. The true names of defendants sued as Does are unknown to plaintiff.

(1) [x] Doe defendants (specify Doe numbers): 1 - 100 were the agents or employees of the named defendants and acted within the scope of that agency or employment.

(2) [ ] Doe defendants (specify Doe numbers): ______ are persons whose capacities are unknown to plaintiff.

c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.

d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names):

5. [ ] Plaintiff is required to comply with a claims statute, and

a. [x] has complied with applicable claims statutes, or

b. [ ] is excused from complying because (specify):

6. [ ] This action is subject to [ ] Civil Code section 1812.10 [ ] Civil Code section 2984.4.

7. This court is the proper court because

a. [ ] a defendant entered into the contract here.

b. [ ] a defendant lived here when the contract was entered into.

c. [x] a defendant lives here now.

d. [x] the contract was to be performed here.

e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.

f. [ ] real property that is the subject of this action is located here.

g. [ ] other (specify): Contract entered into ... San Mateo in SF residence SSA / OHA

8. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):

[x] Breach of Contract

[ ] Common Counts

[ ] Other (specify): Intentional concealment of govt documents in order to influence SSA court decision

9. [ ] Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. [ ] damages of: $

b. [ ] interest on the damages

(1) [ ] according to proof

(2) [ ] at the rate of (specify): percent per year from (date):

c. [ ] attorney's fees

(1) [ ] of: $

(2) [ ] according to proof.

d. [ ] other (specify): Those benefits which would have been granted had OHA not concealed concrete evidence of ... weight

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows (specify paragraph numbers):

Cheryl Johnson Nemes

Date: Aug 2007

(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY) Cheryl Johnson Nemes

(If you wish to verify this pleading, affix a verification.)



AUG-09-2007 09:47 SSA ODAR 415 744 2548 P.011

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Cheryl Johnson Nemes
1000 Market St #312
SF CA 94102
TELEPHONE NO.: 415 863 3342 FAX NO.:
ATTORNEY FOR (Name):

FOR COURT USE ONLY

ENDORSED
FILED
San Francisco County Superior Court
AUG 0 1 2007
GORDON PARK-LI, Clerk
BY: DEBORAH STEPPE
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: McCallister — SUPERIOR COURT 400 MCALLISTER STREET RM 103 SAN FRANCISCO, CA 94102
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA
BRANCH NAME:

CASE NAME: Nemes vs OHA / Parks

CASE NUMBER: CGC-07-465693
DEPT:

**CIVIL CASE COVER SHEET**

- [x] Unlimited (Amount demanded exceeds $25,000)
- [ ] Limited (Amount demanded is $25,000 or less)

**Complex Case Designation**

- [ ] Counter
- [ ] Joinder

Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [x] Business tort/unfair business practice (07)
- [x] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [x] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is [ ] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [x] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [x] punitive
4. Number of causes of action (specify):
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date:
Cheryl Johnson Nemes
(TYPE OR PRINT NAME)

▶ Cheryl Johnson Nemes
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.



Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov

AUG-09-2007 09:48 SSA ODAR 415 744 2548 P.012