ORIGINAL
FILED

07 AUG 31 PM 2: 05

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division
   JENNIFER S. WANG (CSBN 233155)
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6967
   Facsimile:  (415) 436-6748
7  Email: jennifer.s.wang@usdoj.gov

8  Attorneys for Federal Defendant
   Benjamin F. Parks
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13  CHERYL JOHNSON NEMES,                )
                                         )   Case No. C 07·4514 JSW
14                  Plaintiff,           )
                                         )
15          v.                           )   **AMENDED CERTIFICATION**
                                         )   **PURSUANT TO**
16  BENJAMIN F. PARKS, and DOES 1 TO 100,)   **28 U.S.C. § 2679(d)**
                                         )
17                  Defendants.          )
                                         )
18  _____ )

19

20          I, Joann M. Swanson, hereby certify as follows:

21          1.      I am the Chief of the Civil Division of the United States Attorney's Office for the

22  Northern District of California.  Pursuant to written delegation from Scott N. Schools, the duly

23  appointed United States Attorney for the Northern District of California, I have been authorized to

24  exercise on behalf of the United States Attorney the authority vested in him by the Attorney General,

25  pursuant to 28 C.F.R. § 15.3, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named

26  as a defendant in a civil action was acting within the course and scope of his or her employment with

27  reference to the matters alleged in the suit.

28  Certification Pursuant to
    28 U.S.C. § 2679(d) - Parks

                                         1

1      2.      I have reviewed the complaint in the above-captioned action.  On the basis of that

2  complaint and certain other information provided to me, pursuant to the provisions of 28 U.S.C.

3  § 2679(d) and by virtue fo the authority vested in me as set forth above, I hereby certify that Benjamin

4  F. Parks was acting within the course and scope of his employment as an administrative law judge.

5

6  Dated: August 31, 2007          By:    _____

7                                         JOANN M. SWANSON
                                           Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certification Pursuant to
28 U.S.C. § 2679(d) - Parks                      2