ORIGINAL FILED
07 AUG 31 PM 2: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
JENNIFER S. WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant
Benjamin F. Parks

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYL JOHNSON NEMES, | Case No. C 07-4514 JSW |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| BENJAMIN F. PARKS, AND DOES 1 to 100, | |
| Defendants. | |

The undersigned here by certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on August 31, 2007 she caused a copy of:

1. Notice of Removal filed August 31, 2007;

2. Amended Certification Pursuant to 28 U.S.C. § 2679(d) filed August 31, 2007;

3. Order Setting Initial Case Management Conference and ADR Deadlines filed August 31, 2007; Civil Standing Order for Magistrate Judge Jeffrey S. White; Standing Order for All Judges of the Northern District of California;

PROOF OF SERVICE
Nemes v. Parks

1

1  4. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
2  5. ECF Registration Information Handout;
3  6. Guidelines - Welcome to the U.S. District Court, San Francisco;
4  7. Proof of Service

to be served upon the persons at the place and addresses stated below, which are the last known addresses:

> Cheryl Johnson Nemes
> 1000 Market Street, #312
> San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of August 2007 at San Francisco, California.


_____
Diann Lackey
Paralegal Specialist

PROOF OF SERVICE
Nemes v. Parks                                    2