SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile: (415) 436-6748
   jennifer.s.wang@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYL JOHNSON NEMES, | No. 07-4514 JSW |
| Plaintiff, | **DECLARATION OF JENNIFER S WANG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| BENJAMIN F. PARKS, AND DOES 1 TO 100, | Date: November 30, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Fl. |
| Defendants. | |

I, Jennifer S Wang, declare as follows:

    1.    I am an Assistant United States Attorney, am admitted to practice law before this Court, and make this declaration in support of defendants' motion to dismiss. The statements contained in this declaration are within my personal knowledge.

    2.    A true and correct copy of the August 31, 2007, letter from Benjamin F. Parks to Lucille Gonzales Meis, Regional Chief Counsel for Region IX of the Social Security Administration is attached hereto as Exhibit 1.

    3.    A true and correct copy of the August 28, 2007, letter from Levardis Smith to

1. Lucille Gonzales Meis, Regional Chief Counsel for Region IX of the Social Security Administration, is attached hereto as Exhibit 2.

  4. A true and correct copy of the August 28, 2007 letter from Emily Montuya, Hearing Office Director, to Lucille Gonzales Meis, Regional Chief Counsel for Region IX of the Social Security Administration, is attached hereto as Exhibit 3.

  5. A true and correct copy of the United States Attorney's Amended Certification Pursuant to 28 U.S.C. § 2679(d) in the above-captioned action is attached hereto as Exhibit 4.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed on September 10, 2007 at San Francisco, California.


            _____/s/_____
            Jennifer S Wang

WANG DECL. ISO DEFS' MOT. TO DISMISS
C 07-4514 JSW     2