SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
JENNIFER S. WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant
Benjamin F. Parks

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYL JOHNSON NEMES, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN F. PARKS, AND DOES 1 to 100, <br><br> Defendants. | Case No. 07-4514 JSW |

**DECLARATION OF JOHN A. CARLO**

I, John A. Carlo, Director, Division of Contracts and Claims, Office of the General Counsel, Office of General Law, Social Security Administration (SSA), declare and state as follows:

1. In my capacity as the Director of the Division of Contracts and Claims in the Office of the General Counsel, Office of General Law, I supervise the activities of various employees, including attorneys and paralegals, who are responsible for the intake, investigation, processing and adjudication of tort claims filed against SSA pursuant to the Federal Tort Claims Act (28 U.S.C. §§ 1346(b), 2401(b), 2671-2680; 28 C.F.R. Parts 14 and 15; 20 C.F.R. § 429). I also cause records concerning these claims to

1

1  be maintained.

2  2.    I have searched these records to determine whether any administrative tort claim has been filed
3  against SSA by Cheryl Johnson Nemes.

4  3.    To the best of my knowledge, information, and belief, no administrative tort claim has been filed
5  against SSA by Cheryl Johnson Nemes.

7  I hereby declare under penalty of perjury (28 U.S.C. § 1746) that the foregoing statement is true and
8  correct to the best of my knowledge and belief. Executed this 7th day of September, 2007, in Baltimore,
9  Maryland.

_____
John A. Carlo