1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6967
      Facsimile: (415) 436-6748
7     jennifer.s.wang@usdoj.gov

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  CHERYL JOHNSON NEMES,           )    No. 07-4514 JSW
                                    )
14           Plaintiff,             )    **[PROPOSED] ORDER GRANTING**
                                    )    **DEFENDANTS' MOTION TO**
15      v.                          )    **DISMISS**
                                    )
16  BENJAMIN F. PARKS, AND DOES 1   )    Date: November 30, 2007
    TO 100,                         )    Time: 9:00 a.m.
17                                  )    Place: Courtroom 2, 17th Fl.
             Defendants.            )
18  _____

19        This action having come regularly on for hearing before the Court on the motion of

20  defendants to dismiss pursuant to F.R.C.P. 12(b)(1) and 12(b)(6), and the respective parties

21  having been afforded an opportunity to be heard, the Court having considered the respective

22  pleadings and the arguments thereon, and the entire matter having been duly submitted after the

23  Court was fully advised thereon,

24        IT IS HEREBY ORDERED that the defendants' motion to dismiss is GRANTED based

25  on the following reasons:

26        1.  The Social Security Act ("the Act") provides the exclusive remedy for claimants who

27  challenge a denial of social security benefits.  42 U.S.C. §§ 405(g)-(h).  Because plaintiff's tort

28

[PROPOSED] ORDER GRANTING DEFS' MOT. TO DISMISS
C 07-4514 JSW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

and civil rights claims arise under the Act and plaintiff has filed to exhaust her administrative remedies under the Act, this Court lacks jurisdiction over the claims.

     2.  Plaintiff has also failed to exhaust her administrative remedies under the Federal Tort Claims Act; thus, the Court lacks jurisdiction over her tort claims.

     3.  Even if the Court could assert jurisdiction over plaintiff's claims, because the actions she complains of involve conduct by defendants in the performance of adjudicative duties, her claims are barred by judicial and quasi-judicial immunity.

     4.  Plaintiff's civil rights claim against the individually named defendants, Benjamin F. Parks and Levardis Smith, are dismissed because there is no *Bivens* remedy for alleged due process violations made in connection with the handing of a social security benefits claim.


DATED: _____          _____
                                 JEFFREY S. WHITE
                                 United States District Court Judge