**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **September 10, 2007** she caused a copy of:

1. **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**
2. **DECLARATION OF JENNIFER S WANG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
3. **DECLARATION OF JOHN A. CARLO**
4. **DECLARATION OF DENNIS V. FORD**
5. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

to be served by mail upon the person at the place and address(es) stated below, which is the last known address:

**Cheryl Johnson Nemes**
**1000 Market Street**
**Suite 312**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: September 10, 2007        /s/_____
                                 BONNY WONG
                                 Legal Assistant