**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL JOHNSON NEMES,<br><br>   Plaintiff,<br><br>   v.<br><br>BENJAMIN F PARKS, and DOES 1 through 100,<br><br>   Defendants.<br>_____ / | No. C 07-04514 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on November 30, 2007 on the motion to dismiss filed by defendants the Social Security Administration ("SSA"), Benjamin F. Parks, and Levardis Smith (collectively, "Federal Defendants"). The Court HEREBY ORDERS that Plaintiff's opposition to this motion shall be filed and served by no later than by Friday, October 5, 2007 and Federal Defendants' reply, if any, shall be due by Friday, October 19, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 17, 2007

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHERYL JOHNSON NEMES,

    Plaintiff,

v.

BENJAMIN F PARKS et al,

    Defendant.

Case Number: CV07-04514 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cheryl Johnson Nemes
1000 Market Street
Suite 312
San Francisco, CA 94102

Jennifer S Wang
US Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

Dated: September 17, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk