IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL JOHNSON NEMES,<br><br>    Plaintiff,<br><br>  v.<br><br>BENJAMIN F PARKS, and DOES 1 through 100,<br><br>    Defendants.<br>_____/ | No. C 07-04514 JSW<br><br>**ORDER OF DISMISSAL** |

On September 21, 2007, the Court issued an order in which it advised Plaintiff that if she does not clarify what relief she intended to seek by the document entitled Motion and Notice of Motion to Dismiss with Leave to Amend by October 5, 2007, the Court would construe her motion as a notice of voluntary dismissal and close this case. To date, Plaintiff has not filed a response to the Court's order. Therefore, the Court hereby construes the document entitled Motion and Notice of Motion to Dismiss with Leave to Amend as notice of voluntary dismissal. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 10·22·07

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE